# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL KENNETH DUARTE,
Appellant,

vs.

ISIDRO BACA, WARDEN, NNCC; THE
STATE OF NEVADA; AND JAMES
DZURENDA, DIRECTOR, NDOC,
Respondents.

No. 75858

FILED

JUN 1 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court decision denying a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

This court's review of this appeal reveals a jurisdictional defect. No decision had been made on the petition when appellant filed his appeal on May 10, 2018. Thus, the notice of appeal is premature. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____ Pickering , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. James Todd Russell, District Judge
       Michael Kenneth Duarte
       Attorney General/Carson City
       Carson City Clerk

18-22012